**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6071**

_____

JEFFREY A. PLEASANT,

                    Petitioner - Appellant,

          v.

MARK BRECKON, Warden, United States Penitentiary Lee,

                    Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:19-cv-00200-MFU-JCH)

_____

Submitted:  November 29, 2022                     Decided:  January 4, 2023

_____

Before NIEMEYER and KING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey A. Pleasant, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey A. Pleasant appeals the district court's orders dismissing for lack of jurisdiction his 28 U.S.C. § 2241 petition and denying reconsideration. Applying the principles as set forth in our recent decision in *Slusser v. Vereen*, 36 F.4th 590, 594-96 (4th Cir. 2022), we agree with the district court that Pleasant failed to satisfy the requirements of the savings clause of 28 U.S.C. § 2255(e). Accordingly, having reviewed the record and finding no reversible error, we affirm the district court's orders. *Pleasant v. Breckon*, No. 7:19-cv-00200-MFU-JCH (W.D. Va. Mar. 20, 2020; Jan. 11, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument would not aid in the decisional process.

*AFFIRMED*